# Family of Anchorage man killed by police sues city and officers for wrongful death

Bishar Ali Hassan, 31, was shot multiple times during a 2019 altercation.



KTUU photo. (KTUU)

By Megan Pacer

Published: Apr. 1, 2021 at 5:55 PM AKDT | Updated: 15 hours ago

ANCHORAGE, Alaska (KTUU) - The family of a man shot and killed by Anchorage police two years ago has filed a wrongful death lawsuit against the Municipality of Anchorage and three Anchorage Police Department officers, claiming they used excessive force and violated the man's rights.

Bishar Ali Hassan, 31, was killed on April 1, 2019 in an altercation with Anchorage police near 16th Avenue and A Street in Anchorage. Officers Nathan Lewis, Matthew Hall and Brett Eggiman, who all fired their weapons during the incident, have been named as defendants in the lawsuit along with the municipality, according to court documents.

The complaint, filed by Rex Lamont Butler and Associates Inc. on behalf of Hassan's mother and brother, seeks compensatory and punitive damages for violating Hassan's constitutional rights. The plaintiffs filed the complaint on March 29.

The family makes 11 claims for relief in the civil rights action, including battery, negligence, making a false arrest, intentional infliction of emotional distress, and liability on the part of the city for failure to properly train the involved officers and for having an unconstitutional custom or policy.

responded to calls about a man "acting erratically and waving a gun around" in a Walmart parking lot before boarding a bus to the location where he was eventually shot and killed.

According to police at the time, Hassan ignored their commands and pulled a replica-style BB gun from his waistband. Police said he pointed it toward them.

"It looks very much like a real pistol," Police Chief Justin Doll said during a news conference at the time.

The complaint, however, alleges that Hassan had audibly told one of the responding officers that he had a gun, and that it was not real. According to court documents, the complaint alleges that Hall's police recorder captured Hassan saying "that he had a gun that was not real."

ADVERTISEMENT

"Officer Hall heard or should have heard (Hassan) say that he had a gun that was not real but a toy," the complaint reads.

In the complaint, plaintiffs allege that the three officers did not give a verbal warning that deadly force would be used prior to opening fire. They claim the officers did not issue "appropriate commands" to Hassan "before or even after shooting him multiple times."

The complaint alleges that the three officers continued to shoot "after it was obvious or after it should have been obvious to them" that Hassan had dropped the replica gun and fallen to the ground.

In the lawsuit, the family seeks damages in excess of $20 million, including survival damages and wrongful death damages under both federal and state law. The family also seeks damages for funeral expenses and loss of financial support.

ADVERTISEMENT

Additionally, the complaint seeks punitive damages against the three officers and the city, as well as attorneys' fees.

"We reviewed the (dash camera) video of the shooting just over, and over, and over again and, we just ultimately came to the conclusion that we would file the lawsuit on behalf of the family, essentially for excessive force," Butler said Thursday.

Butler reiterated the assertion that Hassan had showed the officers that the gun he had was a toy, or not real.

"He pulled it out and ... showed it to them flat out in his hand," Butler said. "Not pointing it, but flat out in his hand. And they executed him, right there on the spot."

ADVERTISEMENT

Butler said he understands that police officers have a "right and expectation that they will go home to their families each day." That's something he believes in, he said. But Butler asserted that the problem with the incident was that Hassan had not committed any crime.

The law, Butler said, is that a person must notify an officer if they have a gun. Perhaps a better approach than the one Hassan took would have been better, he said, but Butler maintained that Hassan didn't have experience reacting to that kind of incident and that he was trying to comply with what he thought officers wanted.

The state of Alaska had concluded its own investigation and found no wrongdoing on the part of the officers, Butler said. The statute of limitations on the case was close to running out when his office filed the complaint, he said.

Butler said his office will officially serve the city some time next week.

ADVERTISEMENT

appearance on a 2018 misdemeanor charge.

People who know him told Alaska's News Source at the time of the shooting that Hassan was well-known within Anchorage's Somali community. They said he "sometimes had a difficult time communicating, due to some cognitive and mental health issues," along with a language barrier.

Correction: This story has been updated to correct an introduction that incorrectly stated the shooting happened last year, rather than two years ago.

Copyright 2021 KTUU. All rights reserved.



## Around The Web


'Like an angel on earth': Friends and family remember pilot Zach...


'It's very offensive': Neighbors upset over blow-up dolls hanging...


White House drops Interior nominee after Murkowski objects


How federal COVID-19 stimulus payments are impacting the 2021...


Good Samaritan stops robbery at Alaska gas station


Palin confirms COVID-19 diagnosis, urges steps like masks


Men who died in Alaska helicopter crash near Knik Glacier loved the...


'Alaskan Nets': A basketball documentary highlighting basketball...

Sponsored    1/5

Case 3:21-cv-00076-JWS   Document 13-1   Filed 02/11/22   Page 3 of 7      MOA Exhibit 1
                                                                                          Page 3 of 7



**Troopers: Metlakatla resident dies after going back into trailer fire to find his dog**



**Northern Edge military exercise returns to Alaska in May**

 sponsored by Naploungewear®
NAP Luxury Loungewear Give You Ultimate Experience



Effortless, Freeing and Timeless Loungewear Designed for You — Shop Now



Effortless, Freeing and Timeless Loungewear Designed for You — Shop Now



Effortless, Freeing and Timeless Loungewear Designed for You — Shop Now

### Sponsored Stories

 **Student loan debt? You'll want to read this**
NerdWallet

 **Read This Before You Renew Amazon Prime Again**
Capital One Shopping

### More From This Site

 **Do You Know The Difference Between A Graveyard and A Cemetery?**

 **Two feuding families and one delicious meal**

Case 3:21-cv-00076-JWS   Document 13-1   Filed 02/11/22   Page 4 of 7

MOA Exhibit 1
Page 4 of 7


[Photos] Shameless Ads from 1970 That Were Socially Acceptable - Today Would...
Trivia.com


US Department of Transportation offers about $47.5M for new Newtok...

Recommended by

ADVERTISEMENT

## Most Read

**Anchorage man fears for his young daughter's safety after lynx gets too close**


**'Like an angel on earth': Friends and family remember pilot Zach Russell**


**Alaska Airlines discount for everyone aims to boost tourism**


**Not one, but two roof avalanches caught on home security camera in Willow**


**SPONSORED**
Ace lives his best life, thanks to Make-A-Wish and the local community

ADVERTISEMENT

## Latest News


Friday, April 2 Morning Weather


ANTHC at-home HIV testing program aims to improve awareness, education in the state


▶ Anchorage offers more places to get COVID-19 vaccine

Judge rejects rule allowing Hilcorp exploration in Cook Inlet, citing potential harm to belugas

Case 3:21-cv-00076-JWS   Document 13-1   Filed 02/11/22   Page 6 of 7

MOA Exhibit 1
Page 6 of 7

<mark>☰</mark> Anchorage Votes   Coronavirus   Weather   Latest Newscast   Live Events   Submit News Tip





▶ 'Like an angel on earth': Friends and family remember pilot Zach Russell

| News | Weather | Sports | KTUU |
|---|---|---|---|
| Community | | | 501 East 40th Avenue |
| | | | Anchorage, AK 99503 |
| | | | (907) 762-9202 |

Public Inspection File   publicfile@ktuu.com - (907) 762-9202   FCC Applications   Terms of Service   Privacy Policy   EEO Statement   Advertising

A Gray Media Group, Inc. Station - © 2002-2021 Gray Television, Inc.

<mark>Case 3:21-cv-00076-JWS   Document 13-1   Filed 02/11/22   Page 7 of 7</mark>

<mark>MOA Exhibit 1</mark>
<mark>Page 7 of 7</mark>