Pamela D. Weiss
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage, Matthew Hall,
Nathan Lewis, Brett Eggiman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN, AHMED HASSAN, and BILAY ADEN IDIRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>MUNICIPALITY AND CITY OF ANCHORAGE, MATHEW HALL, NATHAN LEWIS, BRETT EGGIMAN, and DOES 1-2 INCLUSIVE,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:21-cv-00076 JWS |

### [PROPOSED] ORDER GRANTING MOTION RESTRICTING FURTHER PRETRIAL PUBLICITY

Defendants Municipality of Anchorage, Matthew Hall, Nathan Lewis and Brett Eggiman ("Municipal Defendants"), having requested that the court order Plaintiffs to refrain from further publicity in this matter, it is hereby ordered that the motion is GRANTED.

Plaintiffs are hereby prohibited from contacting any media outlet concerning this case or to make any further statements or comments to the media concerning this case.

Dated:_____     By:_____
                                                            The Hon. John W. Sedwick
                                                           U.S. District Court Judge

[Proposed] Order Granting Motion to Restrict Publicity
*Estate of Hassan v. MOA, et al.*; Case No. 3:21-cv-00076 JWS
Page 2 of 2

Case 3:21-cv-00076-JWS   Document 13-2   Filed 02/11/22   Page 2 of 2