Pamela D. Weiss
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage, Matthew Hall,
Nathan Lewis, Brett Eggiman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN, AHMED HASSAN, and BILAY ADEN IDIRIS,  )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>MUNICIPALITY AND CITY OF ANCHORAGE, MATHEW HALL, NATHAN LEWIS, BRETT EGGIMAN, and DOES 1-2 INCLUSIVE, )<br>)<br>)<br>)<br>)<br>Defendants. ) | Case No. 3:21-cv-00076 JWS |

**NOTICE OF ADDITIONAL INCIDENT IN SUPPORT OF MOTION RESTRICTING FURTHER PRETRIAL PUBLICITY**

Defendants Municipality of Anchorage, Matthew Hall, Nathan Lewis and Brett Eggiman ("Municipal Defendants"), by and through Assistant Municipal Attorney Pamela Weiss, hereby provide an additional incident in which plaintiff's counsel spoke with the media concerning this case, which occurred after the filing of the underlying Motion at

Dkt, 13. See Exhibit 2, attached hereto (Alaska Public Media Article). Plaintiff's interview with Alaska Public Media which was published on February 15, 2022, is yet another instance of plaintiff's attempt to use the media to manipulate public opinion in order to obtain a benefit in this civil case.

Respectfully submitted this 17th day of February, 2022.

PATRICK N. BERGT
Municipal Attorney

By: /s/Pamela D. Weiss
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org
Alaska Bar No. 0305022

Certificate of Service
The undersigned hereby certifies that on February 2/17/22, a true and correct copy of the foregoing was served by electronic means through the CM/ECF system.

Rex Butler

/s/ Cathi Russell
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Notice of Additional Incident
*Estate of Hassan v. MOA, et al.*; Case No. 3:21-cv-00076 JWS
Page 2 of 2