IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN; AHMED HASSAN; and BILAY ADEN IDIRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>MUNICIPALITY AND CITY OF ANCHORAGE; MATHEW HALL; NATHAN LEWIS; BRETT EGGIMAN; and DOES 1-2 INCLUSIVE,<br><br>Defendants. | Case No. 3:21-cv-00076-JWS<br><br>**ORDER GRANTING MOTION RESTRICTING FURTHER PRETRIAL PUBLICITY** |

Defendants Municipality of Anchorage, Matthew Hall, Nathan Lewis and Brett Eggiman ("Municipal Defendants"), having requested that the court order Plaintiffs to refrain from further publicity in this matter, IT IS HEREBY ORDERED that the motion is GRANTED.

Plaintiffs are hereby prohibited from contacting any media outlet concerning this case or to make any further statements or comments to the media concerning this case.

IT IS SO ORDERED this 8th day of March, 2022, at Anchorage, Alaska.

*/s/ John W. Sedwick*
JOHN W. SEDWICK
Senior United States District Judge