Rex Lamont Butler
Rex Lamont Butler and Associates Inc., P.C.
745 W. 4th Avenue, Suite 300
Anchorage, AK 99501
Tel: (907)272-1497
Fax: (907)276-3306
Email: rexbutlercalendar@gmail.com
**Attorney for Plaintiffs**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN, </br></br> AHMED HASSAN AND BILAY ADEN IDIRIS, </br></br> PLAINTIFFS, </br> Vs. </br></br> MUNICIPALITY AND CITY OF ANCHORAGE, </br></br> MATTHEW HALL, NATHAN LEWIS, BRETT </br></br> EGGIMAN, AND DOES 1-20, INCLUSIVE, </br></br> DEFENDANTS. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> **3:21-cv-00076-JWS** |

## NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30 AND LOCAL CIVIL RULE 30.1

TO: CLERK OF THE COURT
COUNSEL FOR DEFENDANTS
Ms. Pamela Weiss
Assistant Municipal Attorney
Municipality of Anchorage
632 W.6th Avenue, Suite 730

1

Anchorage, AK 99501

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, plaintiffs will take the depositions upon oral examination, to be recorded by stenographic means and video recorded, by ZOOM. The subject of the deposition will be the Analysis and Opinions by Urey W. Patrick, dated March 25, 2022. The deposition(s) will commence on June 30th, 2022, at 9:00 a.m. and will continue from day to day until completed.

**DEPONENT**: UREY W. PATRICK
**DATE**: Wednesday, June 30th, 2022
**TIME**: 9:00 a.m.
**LOCATION**:
https://us06web.zoom.us/j/88376797503?pwd=RzNDdE0vK0pmcEozT0hFWGJhd2c3QT09
**Meeting ID**: 883 7679 7503
**Passcode**: 382468

Dated: June 9th, 2022

Respectfully submitted

"/s/" Rex L. Butler
Rex Lamont Butler
Attorney for Plaintiffs

The Deponent shall provide to the deposition the documents /things listed on "Schedule A" attached hereto at least 12 days before deposition on June 30th, 2022.

2

**"SCHEDULE A"**

1. Any and all documents, deposition testimony, photos, radiographic materials/films videotapes, and slides which the Deponent has reviewed for this case.

2. Any and all documents which the Deponent has reviewed in preparation for the deposition.

3. Any and all documents, including treatises, or articles reviewed by the Deponent which relate in any way to this case from the date he was first contacted by any attorney to act as an expert witness in this case.

4. Any and all treatises, articles, reports, experimental data, or other data relied upon by the Deponent, or any experts, to support his opinion(s) in this case.

5. A recent copy of Deponent's Curriculum Vitae.

6. Copies of any and all demonstrative evidence and exhibits pertaining to the issues in this case and those which are relied upon by the Deponent and which may relied upon by the Deponent for any opinion the Deponent expects to provide in this case.

7. Any and all correspondence, in any format, to and from Deponent and all Defendants and any expert witnesses.

8. Copies of any agreements and/or contracts by and between the Deponent and all other Defendants in this case and the attorney who retained the deponent.

9. A list of cases wherein the Deponent provided deposition testimony or trial testimony in the last 10 years.

10. Copies of any and all emails and all other correspondence by and between the Deponent and the Defense attorneys and other parties in this case.

11. A copy of all reports the Deponent authored in this case to include any and all drafts.

12. Copies of any and documents, including your own bills and invoices, which reflect any payment for services in this case.

13. Copies of any and all notes you created pertaining to this case whether they were created in paper format or on a computer or other electronic device.

14. Copies of any articles and any other publication which were authored or cop-authored by the Deponent which relate to the issues involved in this case.

15. A copy of your bill for expert witness services you have provided to date in this case.

16. A copy of any guidelines and/or rules and/or protocols which are published by any professional organization which you believe are reasonable for the Defendants in this case to have followed (1) in responding to the call regarding

Mr. Bishar Hassan, (2) on how to approach Mr. Bishar Hassan and (3) how to interact with Mr. Bishar Hassan.

17. A list of and a copy of every article, publication, or study, which you have read which you claim are supportive of the opinions which you intend to give in this case and supportive of the actions taken by the Defendant.

18. Copies of any and all depositions which you have given in the last ten cases that involved police shooting.