Rex Lamont Butler
Rex Lamont Butler and Associates Inc., P.C.
745 W. 4th Avenue, Suite 300
Anchorage, AK 99501
Tel: (907)272-1497
Fax: (907)276-3306
Email: rexbutlercalendar@gmail.com
**Attorney for Plaintiffs**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN, | ) |
| | ) |
| AHMED HASSAN AND BILAY ADEN IDIRIS, | ) |
| | ) |
| PLAINTIFFS, | ) |
| Vs. | ) |
| | ) |
| MUNICIPALITY AND CITY OF ANCHORAGE, | ) |
| | ) |
| MATTHEW HALL, NATHAN LEWIS, BRETT | ) |
| | ) |
| EGGIMAN, AND DOES 1-20, INCLUSIVE, | ) |
| | ) |
| DEFENDANTS. | ) **3:21-cv-00076-JWS** |
| _____ | ) |

## NOTICE OF DISCLOSURE OF PLAINTIFF'S FORCE EXPERT REPORT

Comes now the Estate of Bishar Ali Hassan, Ahmed Hassan and Bilay Aden Idiris, and hereby notifies this Honorable Court that the plaintiffs' force expert report and all necessary accompanying attachments were disclosed to the defendants

1

through their Attorney, Ms. Pamela Weiss, Assistant Municipal Attorney on June 17th, 2022.

The plaintiff's export report was disclosed to the defendants by email uslit@muni.org and pamela.weiss@anchorageak.gov

DATED: June 20th, 2022

/s/ Rex L. Butler
REX LAMONT BUTLER
Attorney for Plaintiffs.

Certificate of Service
I certify that the plaintiffs' this notice of disclosure of plaintiff's force expert's report was served on the defendants through their attorney, Pamela D. Weiss, Assistant Municipal Attorney, through ECF filing notice on June 20th, 2022.

/s/ Rex L. Butler
Rex Lamont Butler