Pamela D. Weiss
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage, Matthew Hall,
Nathan Lewis, Brett Eggiman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN, AHMED HASSAN, and BILAY ADEN IDIRIS, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| MUNICIPALITY AND CITY OF ANCHORAGE, MATHEW HALL, NATHAN LEWIS, BRETT EGGIMAN, and DOES 1-2 INCLUSIVE, ) ) ) ) ) ) | |
| Defendants. ) ) | Case No. 3:21-cv-00076 JWS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

Defendants Municipality of Anchorage, Matthew Hall, Nathan Lewis and Brett Eggiman (collectively "Municipal Defendants"), hereby request an extension of time in which to file dispositive motions from August 29 to October 5, 2022. The motion is unopposed.

Under the current Scheduling & Planning Order III.B.1 (Dkt. 11) and pursuant to D. Ak. Local Rule 16.1(c), dispositive motions are due on or before August 29, 2022. However,

Municipal Defendants are still waiting for documents that will assist in evaluating and preparing any dispositive motions, including specifically the transcript of the deposition of expert Urey Patrick which took place on June 30, 2022. Municipal Defendants have contacted the court reporter but still have still not received a copy of that transcript; Plaintiffs have stated they will check on the status.

Because it is unknown when the transcript will be received and in order to afford sufficient time to evaluate and prepare any dispositive motions, Municipal Defendants request an extension of the current deadline until October 5, 2022. The undersigned corresponded with counsel for plaintiffs, and Mr. Butler stated that he did not oppose this extension.

Respectfully submitted this 26th day of August, 2022.

    MARIO L. BIRD
    Acting Municipal Attorney

By: /s/Pamela D. Weiss
    Municipal Attorney's Office
    P.O. Box 196650
    Anchorage, Alaska 99519-6650
    Phone: (907) 343-4545
    Fax: (907) 343-4550
    E-mail: uslit@muni.org
    Alaska Bar No. 0305022

Certificate of Service
The undersigned hereby certifies that on 08/26/2022, a true and correct copy of the foregoing was served by electronic means through the CM/ECF system.

Rex Butler
745 W 4th Avenue, Suite 300
Anchorage, AK 99501
Email: rexbutlercalendar@gmail.com

/s/ Marie Stafford
Marie Stafford, Legal Secretary
Municipal Attorney's Office

Municipal Defendants Unopposed Motion for Extension (Dispositive Motions)
*Estate of Hassan v. MOA, et al.*; Case No. 3:21-cv-00076 JWS
Page 2 of 2

Case 3:21-cv-00076-JWS   Document 28   Filed 08/26/22   Page 2 of 2