Pamela D. Weiss
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage, Matthew Hall,
Nathan Lewis, Brett Eggiman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN, AHMED HASSAN, and BILAY ADEN IDIRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>MUNICIPALITY AND CITY OF ANCHORAGE, MATHEW HALL, NATHAN LEWIS, BRETT EGGIMA, and DOES 1-2 INCLUSIVE,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:21-cv-00076 JWS |

## STIPULATION REGARDING PRODUCTION BY MUNICIPAL DEFENDANTS OF CONFIDENTIAL OR POTENTIALLY CONFIDENTIAL MATERIALS

COME NOW the parties hereto, by and through their respective attorneys of record, whose signatures appear below, and stipulate and agree as follows:

Plaintiffs are seeking access to various documents that are confidential, including but not limited to personnel records of and Internal Affairs Division relating to Officers

Nathan Lewis, Matthew Hall and Brett Eggiman. In order to preserve confidentiality while permitting plaintiffs discovery, the following agreement is stipulated to by the parties.

Municipality of Anchorage, Officer Lewis, Officer Hall and Officer Eggiman (Collectively "Municipal Defendants") will provide plaintiffs' counsel access to personnel records, internal affairs records and other confidential records as follows:

1. There will be certain exceptions to production, which will be reflected in a privilege log produced by Municipal Defendants to plaintiffs in this action as follows:

    a. Documents which are confidential as attorney work product or contain privileged attorney-client communications; and

    b. Private information relating to Officer Lewis, Officer Hall or Officer Eggiman such as any social security numbers or financial records.

2. Any dispute as to the discoverability of documents or information identified on the privilege log shall be resolved by the Court prior to production in this action.

3. Those records produced pursuant to this stipulation by Municipal Defendants shall be marked clearly with the following language:

***Produced Pursuant to Protective Order***
***Case No. 3:21-cv-0076 JWS***
***Not to be copied, reproduced, produced or disclosed except as provided in the Order***

In order to protect the confidentiality of the information and the documents produced under this Stipulation, the parties, through counsel, stipulate that the records and information shall be used by counsel and parties only for the purpose of prosecuting or defending claims in this case, shall be disclosed by counsel only to their staff, their

clients, consultants and/or experts who agree to abide by this stipulation, and shall be copied only when absolutely necessary by counsel and their staff, consultants, and experts who agree to abide by this stipulation.

4. All records produced under this agreement shall not be placed in the public record without the respective party first obtaining permission from the Court.

5. Control and distribution of all copies shall be the responsibility of each party's counsel in the case.

6. In the event it is necessary for a party to copy a document, it shall be performed by the party's counsel's own staff and not sent out to a non-party duplication service.

7. The stipulation does not preclude disclosure of any information and/or document to a witness provided that:

   a. The information and/or documents are disclosed only as described above, and to the court reporter and the witness attending the deposition;

   b. The court reporter and witness are instructed that they are bound by this Stipulation and Order of the court, which shall be attached as an exhibit to the deposition; and

   c. The deposition and any exhibits which contain confidential information or documents are to be treated as confidential under this Stipulation and Order.

8. At the conclusion of the matter, plaintiffs shall return all documents, in the original form as produced pursuant to this Order, as well as any copies made by

plaintiffs in compliance with this Stipulation, to counsel for the Municipal Defendants as soon as possible, but in no event later than ten days after conclusion of the matter.

Respectfully submitted this 14 day of September, 2022.

        BLAIR M. CHRISTENSEN
        Acting Municipal Attorney

By: /s/ Pamela D. Weiss
      Pamela D. Weiss
      Municipal Attorney's Office
      Alaska Bar No. 0305022


REX LAMONT BUTLER AND
ASSOCIATES INC., P.C.
Attorney for Plaintiffs

By: [signature]
      Rex Lamont Butler
      Alaska Bar No. 8310105

Certificate of Service
The undersigned hereby certifies that on 9/14/22, a true and correct copy of the foregoing was served by electronic means through the CM/ECF system.

Rex Butler

/s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office

Stipulated Protective Order
*Estate of Hassan v. MOA, et al.*; Case No. 3:21-cv-00076 JWS
Page 4 of 4
Case 3:21-cv-00076-JWS   Document 30   Filed 09/14/22   Page 4 of 4