IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN; AHMED HASSAN; and BILAY ADEN IDIRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>MUNICIPALITY AND CITY OF ANCHORAGE; MATTHEW HALL; NATHAN LEWIS, BRETT EGGIMAN; and DOES 1–20, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00076-JWS<br><br>**ORDER GRANTING STIPULATION RE PRODUCTION BY MUNICIPAL DEFENDANTS OF CONFIDENTIAL OR POTENTIALLY CONFIDENTIAL MATERIALS** |

Upon due consideration of the parties' Stipulation regarding Production by Municipal Defendants of Confidential or Potentially Confidential Materials filed at Docket 30, the Stipulation is GRANTED.

IT IS SO ORDERED this 15th day of September, 2022, at Anchorage, Alaska.

*/s/ John W. Sedwick*
JOHN W. SEDWICK
Senior United States District Judge