Pamela D. Weiss
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage, Matthew Hall,
Nathan Lewis, Brett Eggiman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN, AHMED HASSAN, and BILAY ADEN IDIRIS, <br><br> Plaintiffs, <br><br> vs. <br><br> MUNICIPALITY AND CITY OF ANCHORAGE, MATHEW HALL, NATHAN LEWIS, BRETT EGGIMAN, and DOES 1-2 INCLUSIVE, <br><br> Defendants. | Case No. 3:21-cv-00076-SLG |

## MUNICIPAL DEFENDANTS' MOTION FOR LEAVE TO FILE CONVENTIONAL MATERIALS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants Municipality of Anchorage, Matthew Hall, Nathan Lewis, and Brett Eggiman (collectively "Municipal Defendants"), by and through Assistant Municipal Attorney Pamela D. Weiss, and pursuant to D. Ak. L.R. 7.1(a)(3) and 7.3(c) hereby move for leave to file materials conventionally in support of Defendants' Motion for Summary

Judgment.

Municipal Defendants are filing a motion for summary judgment. Several videos support the facts set forth in the motion. Municipal Defendants request permission to conventionally file the following exhibits:

Exhibit B-1 In Car Video Eggiman

Exhibit B-2 In Car Video Hall

Exhibit B-3 In Car Video Lewis

Exhibit C-1 Video Synchronized Analysis Slides

Plaintiff's counsel has been provided with copies of the videos during discovery and they have been utilized by plaintiff's counsel. The Video Synchronized Analysis derives from that video and was provided with expert disclosures. No challenges have been made to their accuracy and/or authenticity.

This court should permit the filing of these exhibits.

Respectfully submitted this 5th day of October, 2022.

    BLAIR M. CHRISTENSEN
    Acting Municipal Attorney

By:   s/Pamela D. Weiss
      Municipal Attorney's Office
      P.O. Box 196650
      Anchorage, Alaska 99519-6650
      Phone: (907) 343-4545
      Fax: (907) 343-4550
      E-mail: uslit@muni.org
      Alaska Bar No. 0305022

Motion for Leave to File Conventional Materials
*Estate of Hassan v. MOA, et al.*; Case No. 3:21-cv-00076-SLG
Page 2 of 3

Case 3:21-cv-00076-SLG    Document 33    Filed 10/05/22    Page 2 of 3

Certificate of Service
The undersigned hereby certifies that on 10/05/22, a true and correct copy of the foregoing was served by electronic means through the CM/ECF system.

Rex Butler

/s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office

Motion for Leave to File Conventional Materials
*Estate of Hassan v. MOA, et al.*; Case No. 3:21-cv-00076-SLG
Page 3 of 3

Case 3:21-cv-00076-SLG   Document 33   Filed 10/05/22   Page 3 of 3