Pamela D. Weiss
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage, Matthew Hall,
Nathan Lewis, Brett Eggiman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN, AHMED HASSAN, and BILAY ADEN IDIRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>MUNICIPALITY AND CITY OF ANCHORAGE, MATHEW HALL, NATHAN LEWIS, BRETT EGGIMAN, and DOES 1-2 INCLUSIVE,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:21-cv-00076-SLG |

**MUNICIPAL DEFENDANTS' NOTICE OF FILING CONVENTIONAL MATERIALS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendants Municipality of Anchorage, Matthew Hall, Nathan Lewis, and Brett Eggiman (collectively "Municipal Defendants"), by and through Assistant Municipal Attorney Pamela D. Weiss, hereby give notice pursuant to the Court's Text Order at

Docket 35 of filing Exhibits B-1 - B-3 and C-1 to Defendants' Motion for Summary Judgment conventionally.

Respectfully submitted this 21st day of October, 2022.

BLAIR M. CHRISTENSEN
Acting Municipal Attorney

By: s/Pamela D. Weiss
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org
Alaska Bar No. 0305022

Certificate of Service
The undersigned hereby certifies that on 10/21/22, a true and correct copy of the foregoing was served by electronic means through the CM/ECF system and by mail to:

Rex Butler
745 W 4th Avenue, Suite 300
Anchorage, AK 99501

/s/ Marie Stafford
Marie Stafford, Legal Secretary
Municipal Attorney's Office