Rex Lamont Butler
Rex Lamont Butler and Associates Inc., P.C.
745 W. 4th Avenue, Suite 300
Anchorage, AK 99501
Tel: (907)272-1497
Fax: (907)276-3306
Email: rexbutlercalendar@gmail.com
**Attorney for Plaintiffs**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN, <br><br> AHMED HASSAN AND BILAY ADEN IDIRIS, <br>                                     PLAINTIFFS, <br>       Vs. <br><br> MUNICIPALITY AND CITY OF ANCHORAGE, <br><br> MATTHEW HALL, NATHAN LEWIS, BRETT <br><br> EGGIMAN, AND DOES 1-20, INCLUSIVE, <br>                                   DEFENDANTS. | **3:21-cv-00076-SLG** |

# MOTION FOR LEAVE TO FILE SUPPORTING MATERIALS CONVENTIONALLY

Pursuant to D. Ak. L.R. 7.1(a)(3) and 7.3(c), Plaintiffs hereby move for leave to file conventionally materials in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Cross Motion for Summary Judgment.

The materials will include audio files and a complete record of exhibits in document form that were too large to file as attachments.

RESPECTFULLY SUBMITTED this 14th day of November 2022.

/s/ Rex L. Butler
REX LAMONT BUTLER
Attorney for Plaintiffs

Certificate of Service

I hereby certify that on November 14th, 2022, a true and correct copy of this motion for leave to file conventionally materials in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and, Plaintiffs' Cross Motion for Summary Judgment were served electronically on the defendants through ECF filing.

/s/ Rex L. Butler

Rex Lamont Butler