Rex Lamont Butler
745 W. 4th Avenue, Suite 300
Anchorage, AK 99501
Tel: (907)272-1497
Email: rexbutlercalendar@gmail.com
**Attorney for Plaintiffs**

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN, | ) |
| | ) |
| AHMED HASSAN AND BILAY ADEN IDIRIS, | ) |
| PLAINTIFFS, | ) |
| Vs. | ) |
| | ) |
| MUNICIPALITY AND CITY OF ANCHORAGE, | ) |
| | ) |
| MATTHEW HALL, NATHAN LEWIS, BRETT | ) |
| | ) |
| EGGIMAN, AND DOES 1-20, INCLUSIVE, | ) |
| DEFENDANTS. | ) |
| _____ | ) |

Case No. 3:21-CV-00076-SLG

## PLAINTIFFS' NOTICE OF CONVENTIONAL FILING OF MATERIALS IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Comes now the Estate of Bishar Ali Hassan, Ahmed Hassan and Bilay Aden Idiris,

through their attorney of record, Rex Lamont Butler and hereby notifies this Honorable

Court pursuant to the text order at docket 41, of filing plaintiffs' exhibits # 2, # 3, # 7, # 8,

# 9 and # 10 in support of Plaintiffs' Response in Opposition to Defendants' Motion for

Summary Judgment. The said exhibits were filed with the court clerk's office.

RESPECTFULLY SUBMITTED this 29th day of November 2022.

/s/ Rex L. Butler
REX LAMONT BUTLER
Attorney for Plaintiffs

Certificate of service

I hereby certify that this document was served upon defendants' attorney Pamela Weiss,

through ECF Filing on 11/29/22.

/s/Rex L. Butler
Rex Lamont Butler