Rex Lamont Butler
745 W. 4th Avenue, Suite 300
Anchorage, AK 99501
Tel: (907)272-1497
Email: rexbutlercalendar@gmail.com
**Attorney for Plaintiffs**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN, <br><br>AHMED HASSAN AND BILAY ADEN IDIRIS, <br>            PLAINTIFFS, <br>Vs. <br><br>MUNICIPALITY AND CITY OF ANCHORAGE, <br><br>MATTHEW HALL, NATHAN LEWIS, BRETT <br><br>EGGIMAN, AND DOES 1-20, INCLUSIVE, <br>            DEFENDANTS. <br>_____ | 3:21-CV-00076 SLG |

**Certificate of Service**

I hereby certify that the second motion to alter the judgements at docket 53 and 55 pursuant to Federal Rule of Civil Procedure 59 (e) to correct both error of fact and law to avoid manifest injustice was electronically served to the attorney for the defendants' through ECF filing on 5/30/23.

Dated May 31, 2023.

/s/ Rex L. Butler
Rex Lamont Butler
Attorney for Plaintiffs