# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ESTATE OF BISHAR ALI HASSAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MUNICIPALITY AND CITY OF ANCHORAGE, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-00076-SLG |

## ORDER RE SECOND MOTION TO ALTER THE JUDGMENT AT DOCKETS 53 AND 55 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e) TO CORRECT BOTH ERROR OF FACT AND LAW TO AVOID MANIFEST INJUSTICE

Before the Court at Docket 56 is Plaintiffs' *Second Motion to Alter the Judgment at Dockets 53 and 55 Pursuant to Federal Rule of Civil Procedure 59(e) to Correct Both Error of Fact and Law to Avoid Manifest Injustice*. No response from Defendants was requested or received.

The Court has again reviewed Exhibit B-1 and disagrees with Plaintiff's interpretation of that footage. Accordingly, the second motion to alter the judgment at Docket 56 is DENIED.

DATED this 15th day of June, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE
